IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO D. REED,

    Petitioner,           No. CIV S-05-1467 FCD DAD P

   vs.

D.L. RUNNELS, et al.,

    Respondents.       ORDER
_____/

       Petitioner has requested appointment of counsel. There is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, counsel may be appointed at any stage of a federal habeas case "if the interests of justice so require." 18 U.S.C. § 3006A; see also Rule 8(c), Fed. R. Governing § 2254 Cases. The undersigned has recommended that this case be dismissed for failure to exhaust state court remedies on any claim prior to filing the action. The interests of justice do not require appointment of counsel at this time. Accordingly, IT IS HEREBY ORDERED that petitioner's August 8, 2005 motion to appoint counsel is denied.

DATED: August 15, 2005.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
reed1467.110