IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO D. REED,

    Petitioner,                   No. CIV S-05-1467 FCD DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.                ORDER

_____/

    On August 31, 2005, petitioner's application for a writ of habeas corpus was dismissed without prejudice for failure to exhaust state court remedies. Judgment was entered and the case was closed. On September 1, 2005, the court received petitioner's untimely objections to the findings and recommendations that were filed on July 29, 2005.[1] IT IS HEREBY ORDERED that petitioner's untimely objections will be disregarded.

DATED: September 13, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
reed1467.158

---

[1] Petitioner was required to deliver his objections to prison officials for mailing on or before August 23, 2005. The proof of service attached to petitioner's objections reveals that the document was mailed on August 28, 2005.